Susan St. .Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Docket 6:10-mj-0044-MJS |
| )                                    | |
| Plaintiff,             ) | MOTION TO DISMISS; |
| )                                    | AND  ORDER |
| v.                     ) | THEREON |
| )                                    | |
| JOHN L. PLAXCO, II,               ) | |
| )                                    | |
| Defendant.           ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: August 30, 2010               NATIONAL PARK SERVICE


                                      /S/ Susan St. Vincent
                                     Susan St. Vincent
                                     Acting Legal Officer


**ORDER**


IT IS SO ORDERED.

Dated:    September 3, 2010          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

1